AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

SOUTHERN                   DISTRICT OF                    TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Salome Garcia-Marquez

United States District Court
Southern District Of Texas
FILED

JAN  7 2020

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number:   M-20- 0027 -M

IAE        YOB:     1987
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ January 6, 2020 _____ in ___ Hidalgo ___ County, in

the _____ Southern _____ District of _____ Texas _____

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Donna, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326 _____ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Salome Garcia-Marquez was encountered by Border Patrol Agents near Donna, Texas on January 6, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on November 20, 2019, near Donna, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on December 23, 2019 through Hidalgo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes  ☒ No

Complaint authorized by AUSA _____ 1/7/20

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,     @ 3:48PM

**January 7, 2020**
Date

Amber Peterson
Printed Name of Complainant

**J. Scott Hacker** _____, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer